# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Linda F. Hill**<br>    Debtor | Case No.:  19−60145−EJC<br>Judge:  Edward J. Coleman III<br>Chapter:  13 |

## ORDER ON MOTION FOR EXTENSION OF AUTOMATIC STAY

   Inasmuch as the Debtor has had one prior case under Chapter 13 of the Bankruptcy Code which was pending within a twelve month period prior to the filing of the instant case, § 362(c)(3)(A) provides that the automatic stay shall terminate with respect to the Debtor on the thirtieth day after filing. Although there is a presumption that one−time refilers have not filed in good faith, they are permitted to overcome the presumption.

   Pursuant to 11 U.S.C. § 362(c)(3) after notice to all parties in interest and no responses having been filed,

   IT IS ORDERED that the automatic stay of 11 U.S.C. § 362 is extended and remains in full force and effect.



Edward J. Coleman III
United States Bankruptcy Judge
125 Bull St, Rm 213
P.O. Box 8347
Savannah, GA 31412

Dated  April 18, 2019

GASB80 [02/09] **CLD**