**IT IS ORDERED as set forth below:**



**Date: June 4, 2019**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

---

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Linda F. Hill**
    Debtor

Case No.:  19−60145−EJC

Judge:  Edward J. Coleman III

Chapter:  13

## ORDER APPOINTING SPECIAL COUNSEL

    The Application of the Debtor for appointment of V. Sharon Edenfield as Special Counsel for the representation of the Debtor's personal injury claim having been considered and it appearing to the Court that the employment of V. Sharon Edenfield is necessary and beneficial to this estate,

    It further appearing that the Special Counsel has no adverse interest to those of this estate, and that the employment is proper,

    IT IS THEREFORE ORDERED that the Debtor is authorized to employ the services of V. Sharon Edenfield as Special Counsel for the representation of the Debtor's personal injury claim subject to objection by any party in interest within twenty−one (21) days of the date hereof. The compensation of such Special Counsel will be later fixed and determined by the Court in such manner as the Court may from time to time direct after notice to creditors.

**[END OF DOCUMENT]**

B−04e [07−14]