IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In the matter of | ) | |
| | ) | |
| LINDA F. HILL | ) | Chapter 13 Case No. 19-60145-EJC |
| 8391 KENNEDY BRIDGE RD | ) | |
| REGISTER, GA  30452 | ) | |
| | ) | |
| | ) | |
| Debtor(s) | | |

## MOTION TO DISMISS

COMES NOW, O. Byron Meredith III, Chapter 13 Trustee and shows that the above -named debtor is in default under the terms of his confirmed Chapter 13 plan in the amount and as of the date shown below.

| | |
|---|---|
| Amount of Default: | $1829.08 |
| As of: | September 26, 2019 |
| Date of Last Payment: | September 20, 2019 |

WHEREFORE, said Trustee moves to dismiss the case for failure to make promised payments of $1577.00 MONTHLY.

s/ O. Byron Meredith III
O. Byron Meredith III
Georgia Bar # 002330
P.O. Box 10556
Savannah, GA 31412
(912) 234-5052

## NOTICE ON MOTION

Pursuant to direction by the court, notice is hereby given that unless the debtor pays the arrearage in full or requests a hearing in writing showing good cause concerning this motion within twenty-one (21) days of the date shown below, the case shall be dismissed.  COUNSEL IS ADVISED TO COMPLY WITH BANKRUPTCY RULE 9011 IN FILING ANY SUCH REQUEST.

I certify that copies of this motion and notice have been served upon the above -named debtor(s) and the parties listed below. Unless otherwise noted below, service was made by first-class United States Mail, postage prepaid, this  26 day of September, 2019.

s/ O. Byron Meredith III
O. Byron Meredith III
Georgia Bar # 002330
P.O. Box 10556
Savannah, GA 31412
(912) 234-5052

H. LEHMAN FRANKLIN, P.C.
By Electronic Noticing

United States Bankruptcy Court For the Southern District of Georgia
O. Byron Meredith III, Chapter 13 Trustee

PAGE 2

STATUS OF CLAIMS AS OF 09/26/2019

Atty: Carri Johnson

| 19-60145-EJC | LINDA F. HILL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 8391 KENNEDY BRIDGE RD | | | | ATTY: H. LEHMAN FRANKLIN, P.C. | | | | |
| | REGISTER, GA  30452 | | | | TRUSTEE 10.0% | | | | |

LAST 5 PMTS

| FILED | 04/02/2019 | IC  0.00% AT $1,577.00 / M | MOS 60 | 09/20/2019 | 727.85 | PAID IN | | 4,764.33 |
|---|---|---|---|---|---|---|---|---|
| FIRST MTG | 05/14/2019 | FIRST TRANSIT INC | | 09/09/2019 | 606.56 | SHORTAGE | 1,829.08 | |
| CONFIRMED | 06/04/2019 | | | 08/23/2019 | 95.24 | DELQ | | |
| MODIFIED | | Bar Date | 08/12/2019 | 08/09/2019 | 172.27 | PLAN BASE | | 0.00 |
| MONTHS REMAINING 55 | | Gov Bar Date | 09/30/2019 | 07/05/2019 | 1,300.00 | CLM-TOT | | 42,644.34 |
| | | R/E Equity | 1.00 | | | | | |
| | | R/E Exemption | $1.00 | | | | | |
| | | PP Equity | $1.00 | | | | | |

| NUMBER | CURRENT CLAIM HOLDER NAME | CLM # | CLS | SCHLD PYMT | DISB CODE | Debt | PAID BY TRUSTEE | INTEREST PAID | CLAIMED | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | BULLOCH COUNTY TAX COMMISSIONER | | PRI | 0.00 | P99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | 1ST FRANKLIN FINANCIAL | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | ALLIANCEONE RECEIVABLE | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | ALLIANCEONE RECEIVABLE | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | ALLIANCEONE RECEIVABLE | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | ALLIED INTERSTATE | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | AU HEALTH | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | CREDIT BUREAU ASSOCIATES | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | CREDIT COLLECTION | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | EAST GEORGIA REGIONAL MEDICAL CE | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | LABCORP | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | LANIER COLLECTION | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | LANIER COLLECTION | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | MITCHELL D BLUM & ASSOCIATES, LLC | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | PRA, LLC | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | GLENVIEW AUTO LOAN | | SEC | 0.00 | H99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | ASHLEY FUNDING SERVICES LLC | 00001 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 10.88 | 0.00 |
| | ASHLEY FUNDING SERVICES LLC | 00002 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 806.00 | 0.00 |
| | CAPITAL ONE AUTO FINANCE | 00003 | SEC | 0.00 | H99 | 10,677.36 | 0.00 | 0.00 | 10,677.36 | NOT PAID |
| | 1ST FRANKLIN FINANCIAL CORPORATIO | 00004 | SEC | 0.00 | H99 | 4,442.40 | 0.00 | 0.00 | 4,442.40 | NOT PAID |
| 215108 | INTERNAL REVENUE SERVICE | 00005 | PRI | 0.00 | P32 | 4,779.00 | 0.00 | 0.00 | 4,779.00 | 4,779.00 |
| 912359 | UNITED APPLIANCE & FURN CO | 00006 | SEC | 1.00 | S06 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| | DITECH FINANCIAL LLC | 00007 | OTH | 683.20 | J05 | 2,732.80 | 2,732.80 | 0.00 | 0.00 | 0.00 |
| 215108 | INTERNAL REVENUE SERVICE | 01005 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 929.00 | 0.00 |
| | DITECH FINANCIAL LLC | 01007 | OTH | 0.00 | B30 | 26,211.60 | 0.00 | 0.00 | 26,211.60 | 26,211.60 |
| | CLERK US BANKRUPTCY COURT AUGU: | 991 | AA | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | PAID O/S |
| | CLERK US BANKRUPTCY COURT AUGU: | 994 | AA | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 400270 | H. LEHMAN FRANKLIN, P.C. | 999 | LP | 0.00 | | 4,500.00 | 0.00 | 0.00 | 4,500.00 | 4,500.00 |
| | TRUSTEE FEE | | TRU | | | 4,419.94 | 476.43 | | 4,419.94 | 3,943.51 |

| | SECURED | PRIORITY | UNSECURED | ADMIN | ATTY | OTHER | INTEREST | | UNDISBURSED |
|---|---|---|---|---|---|---|---|---|---|
| DEBT | 15,120.76 | 4,779.00 | 1,745.88 | 4,419.94 | 4,500.00 | 26,211.60 | | | 1,555.10 |
| PAID | 0.00 | 0.00 | 0.00 | 476.43 | 0.00 | 2,732.80 | 0.00 | | |
| BALANCE | 1.00 | 4,779.00 | 0.00 | 3,943.51 | 4,500.00 | 26,211.60 | | BALANCE | 37,880.01 |

(THIS IS NOT A PAYOFF BALANCE)
AT 09/26/2019