**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| LINDA F. HILL ) | |
| ) | Case No. 19-60145-EJC |
| Debtor ) | |

**DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

COMES NOW, counsel for the above-captioned Debtor and files this response to the Trustee's motion to dismiss and requests the Court to set a hearing in this matter.

Due to changes in Debtor's financial situation she has fallen behind with her payments to the Chapter 13 Trustee.

Debtor respectfully requests this Court to set this matter down for a hearing to determine her ability to continue payments in the Chapter 13 plan.

Respectfully submitted this 17th day of October, 2019.

                                             H. LEHMAN FRANKLIN, P.C.

                                             /s/ Kimberly S. Ward
                                             Kimberly S. Ward
                                             Georgia Bar No. 682042
                                             Attorney for Debtor

H. LEHMAN FRANKLIN, P.C.
P.O. Box 1064
Statesboro, GA 30459
(912)764-9616
hlfpcbankruptcy@hotmail.com

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically served the foregoing Debtor's Response to Trustee's Motion to Dismiss upon O. Byron Meredith, III, Chapter 13 Trustee.

This 17th day of October, 2019.

                                                      H. LEHMAN FRANKLIN, P.C.

                                                     /s/ Kimberly S. Ward
                                                     Kimberly S. Ward
                                                     Georgia Bar No. 682042
                                                   Attorney for Debtor

H. LEHMAN FRANKLIN, P.C.
P.O. Box 1064
Statesboro, GA 30459
(912)764-9616
hlfpcbankruptcy@hotmail.com